# EXHIBIT 1

# Invoice

| | |
|---|---|
| Invoice Number | ALP191230-LNOC3 |
| Date Prepared | Dec. 30th, 2019 |

Is Exclusively Prepared for Libyan National Oil Corporation December 30th, 2019

### Seller's Contact Information

Alpine Armoring Inc.
4170 Lafayette Center Drive
Chantilly, Virginia 20151, USA
TEL: +1.703.371.7371
FAX: +1.703.471.0202
CONTACT: Dan Diana
EMAIL: Dan.Diana@alpineco.com

### Client's Contact Information

NAME: Karen Brown
COMPANY: Libyan National Oil Corporation
EMAIL: Karen.Brown@libyanoc-us.com
MOBILE: 713.589.7155 x 113
ADDRESS: 2200 Post Oak Blvd, Suite 1100
CITY: Houston, Texas 77056
COUNTRY: USA

### Complete Pricing

| QTY | DESCRIPTION | CHASSIS INCLUDED | ITEM # | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | NEW Custom-Armored Suburban 3500HD LT<br>VIN: 1GN8KMKG4GR327545 – White on Two-Tone Black/Grey Leather<br>High Protection Level: A11/B7+ | YES | 6C02-545 | $348,000 | $348,000 |
| 4 | OEM Spare Wheel/Tire/Run-Flat Combo | | SWHL3500 | $1,850 | $7,400 |
| 1 | CIF - Ocean Freight in 20/40 ft. Container to a Port in Libya<br>(Insurance Included in shipment) | | ALP-TRK1 | $15,800 | $15,800 |

| | |
|---|---|
| SUBTOTAL (CIF Libyan Port) | $371,200 |
| TAXES AND OTHER COSTS | $0 |
| **TOTAL PRICE** | **$371,200** |

### TURNAROUND & SHIPPING DESCRIPTION

The invoice includes the completed STOCK as shown in this presentation. This vehicle is ready for immediate shipping upon receipt of the 100% payment. The Spare OEM Wheel/Tire/Run-flats will be ready in 2 – 3 weeks and can be shipped separately if needed. This vehicle IS subject to U.S. Department of Commerce Export License. Issuance of Export License will take 2 – 4 weeks.

### Payment Terms & Conditions

**100% ($371,200) payment is due upon issuance of this invoice as this STOCK vehicle is READY-TO-SHIP. Payment shall be wire-transferred to the following bank account in U.S.A.

This Order is based on Buyer's Purchase Order #NOC-1

### Wire Transfer Information

Bank..........................Bank of America
Location.....................Virginia, USA
Beneficiary................Alpine Armoring
Account #..................435035190770
Routing......................026009593
SWIFT Code..............BOFAUS6SXXX