# EXHIBIT 2

| | |
|---|---|
| **From:** | Dan Diana |
| **To:** | Karen Brown |
| **Cc:** | Fred K.; Quotes - Alpine Armoring |
| **Subject:** | Alpine Armoring - Proposal for Quote - NOC 1001 / Armored SUV - Libyan National Oil Corporation (Houston) |
| **Date:** | Tuesday, December 3, 2019 4:21:39 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | Alpine Armoring - Proposal for Chevrolet Suburban 3500HD B7 - LNOC - Dec 2019.pdf |
| | Alpine Armoring - A.1 ~ RFQ-NOC-1001 Bid - Suburban 3500 B7 - Dec 2019.xlsx |
| | RFQ-NOC-1001.docx |
| | Export License Form (BIS711).pdf |
| | Export License Instruction to fill out form BIS711.pdf |

Hello Karen:

I hope this email finds you well. Please find attached proposal with pricing and payment terms for Alpine's **READY-TO-SHIP** NEW custom-armored Chevrolet Suburban 3500HD LT. Not only is this vehicle extremely rare and been discontinued by GM, but this specific vehicle has a High-Protection level of A11/B7+ (stopping 7.62x39 AP & 7.62x51 AP – Armor Piercing Rounds). You will not find any other vehicles in the market that would come close to the high quality and immediate availability of this armored vehicle Alpine Armoring is offering.

**NOTE:** This vehicle will be subject to a U.S. Department of Commerce Export License, which will take 2 – 4 weeks to obtain (We guarantee its issuance). The end user will need to fill out the Export License Form (**BIS711 Form**) that is attached to this email, along with the instructions to do so. Please feel free to contact me or Amber.Jacks@alpineco.com with any questions.

Thank you again, Karen. On behalf of Alpine Armoring, it will be a pleasure to be of service to the Libyanian National Oil Corporation (LNOC). For any additional questions or concerns, I can be reached via email or my mobile (**703-371-7371**).

Best Regards,

**Dan Diana**
Director of Sales
Alpine Armoring Inc.
Chantilly, Virginia, USA
**Main:** 1-800-99ARMOR
**Fax:** 1-703-471-0202

**Direct:** 1-703-471-0002 ext. 301
**Fax-P:** 1-703-471-0202
**Mobile:** 1-703-371-7371
**Skype:** AlpineArmoringDan
**Email:** Dan.Diana@alpineco.com
**Web:** www.alpineco.com

      

cid:image010.png@01D2141C.8FED7770

**From:** Karen Brown <karen.brown@libyanoc-us.com>
**Sent:** Monday, December 02, 2019 3:12 PM
**To:** Sales - Alpine Armoring <Sales@alpineco.com>
**Subject:** Request for Quote - NOC 1001 / Armored SUV
**Importance:** High

Hello,

The attached is a request for a Quote on an Armored Chevrolet SUV. Please e-mail me if you have any questions. I look forward to seeing your quote soon.

Thank you