# EXHIBIT 3

| | |
|---|---|
| **From:** | Karen Brown |
| **To:** | Dan Diana; Com Bid |
| **Subject:** | RE: Alpine Armoring - Proposal for Quote - NOC 1001 / Armored SUV - Libyan National Oil Corporation (Houston) Wire information |
| **Date:** | Monday, January 27, 2020 12:26:00 PM |
| **Attachments:** | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image021.png |
| | image022.png |
| | image023.png |
| **Importance:** | High |

Wire has been processed

Reference # 20200127-00003917

In the amount of $371,200.00

Will be coming from :
National Oil Corporation
DBA – Libyan National Oil Corporation



المؤسسة الوطنية للنفط
National Oil Corporation

2200 Post Oak Blvd.
Suite 1100
Houston, Texas 77056

**Karen Brown**
**Sr. Logistics Specialist**
**Libyan National Oil Corporation**
**Houston Branch**
Main:    +1 713.589.7155 x113
Direct:  +1 713.324.3326
karen.brown@libyanoc-us.com
www.lnoc-us.com

**From:** Dan Diana <Dan.Diana@alpineco.com>
**Sent:** Tuesday, December 3, 2019 4:23 PM
**To:** Com Bid <combid@libyanoc-us.com>
**Cc:** Karen Brown <karen.brown@libyanoc-us.com>

**Subject:** Alpine Armoring - Proposal for Quote - NOC 1001 / Armored SUV - Libyan National Oil Corporation (Houston)

Hello Karen:

I hope this email finds you well. Please find attached proposal with pricing and payment terms for Alpine's **READY-TO-SHIP** NEW custom-armored Chevrolet Suburban 3500HD LT. Not only is this vehicle extremely rare and been discontinued by GM, but this specific vehicle has a High-Protection level of A11/B7+ (stopping 7.62x39 AP & 7.62x51 AP – Armor Piercing Rounds). You will not find any other vehicles in the market that would come close to the high quality and immediate availability of this armored vehicle Alpine Armoring is offering.

**NOTE:** This vehicle will be subject to a U.S. Department of Commerce Export License, which will take 2 – 4 weeks to obtain (We guarantee its issuance). The end user will need to fill out the Export License Form (**BIS711 Form**) that is attached to this email, along with the instructions to do so. Please feel free to contact me or Amber.Jacks@alpineco.com with any questions.

Thank you again, Karen. On behalf of Alpine Armoring, it will be a pleasure to be of service to the Libyanian National Oil Corporation (LNOC). For any additional questions or concerns, I can be reached via email or my mobile (**703-371-7371**).

Best Regards,



**Dan Diana**
Director of Sales
Alpine Armoring Inc.
Chantilly, Virginia, USA
**Main:** 1-800-99ARMOR
**Fax:** 1-703-471-0202

**Direct:** 1-703-471-0002 ext. 301
**Fax-P:** 1-703-471-0202
**Mobile:** 1-703-371-7371
**Skype:** AlpineArmoringDan
**Email:** Dan.Diana@alpineco.com
**Web:** www.alpineco.com

     

ARM:9009
CERTIFIED
Firearms & Armoring
Quality Certified

The above email may be privileged, confidential and protected from disclosure. If the reader of this email message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by replying to this email and deleting it from your computer. Any unauthorized use or distribution of this email is strictly prohibited and can also be unlawful. Thank you. This notification is transmitted by & from Legal Department of Alpine Armoring Inc.

---

**From:** Karen Brown <karen.brown@libyanoc-us.com>
**Sent:** Monday, December 02, 2019 3:12 PM
**To:** Sales - Alpine Armoring <Sales@alpineco.com>
**Subject:** Request for Quote - NOC 1001 / Armored SUV

**Importance:** High

Hello,

      The attached is a request for a Quote on an Armored Chevrolet SUV. Please e-mail me if you have any questions. I look forward to seeing your quote soon.

Thank you



المؤسسة الوطنية للنفط
National Oil Corporation

2200 Post Oak Blvd.
Suite 1100
Houston, Texas 77056

**Karen Brown**
**Sr. Logistics Specialist**
**Libyan National Oil Corporation**
**Houston Branch**
**Main:** +1 713.589.7155 x113
**Direct:** +1 713.324.3326
karen.brown@libyanoc-us.com
www.lnoc-us.com