# EXHIBIT 5

# CURTIS

### Curtis, Mallet-Prevost, Colt & Mosle LLP

| | | | |
|---|---|---|---|
| Almaty | Mexico City | | **Telephone +1 713 331-2456** |
| Beijing | Milan | 2 Houston Center | **Facsimile +1 713 759 0712** |
| Buenos Aires | Muscat | 909 Fannin Street | www.curtis.com |
| Dubai | New York | Suite 3800 | |
| Frankfurt | Nur-Sultan | Houston, Texas 77010-1010 | |
| Geneva | Paris | | **Eric J. Cassidy** |
| Houston | Rome | | Tel: +1 713 759 9555 |
| London | Washington, D.C. | | Fax: +1 713 759 0712 |
| | | | E-Mail: ecassidy@curtis.com |

September 3, 2020

**Via Fax and Email to:**
Mr. Dan Diana
Alpine Armoring Inc.
4170 Lafayette Center Drive
Chantilly, VA 20151-0000
F: (713) 371-7371
Dan.diana@alpineco.com

**Via Certified Mail to:**
Mr. Fred Khoroushi
Registered Agent
Alpine Armoring Inc.
4170 Lafayette Center Drive
Chantilly, VA 20151-0000

Re:      **Demand Letter on Behalf of Libyan National Oil Corporation**

Mr. Diana:

We represent the Libyan National Oil Corporation ("NOC"). This is a demand for the immediate return of NOC's payment of $371,200.00 for a vehicle that Alpine Armoring Inc. ("Alpine") agreed to, but failed to deliver to NOC in Libya.

As you are aware, NOC ordered from Alpine a "new custom-armored Chevrolet Suburban 3500HD LT." *See* Exh. 1. Alpine acknowledged that the vehicle was unique, "extremely rare," and "discontinued." *See* Exh. 2. Alpine further "guaranteed" that the U.S. Department of Commerce would grant an export license for the vehicle to be delivered by Alpine to NOC in Libya. *Id.*

Based on Alpine's assurance that the export license would be granted, NOC wired to Alpine USD $371,200.00 on January 27, 2020. *See* Exh. 3. Alpine failed to perform its guarantee and deliver the vehicle to NOC in Libya. Alpine is now refusing to return NOC's payment of USD $371,200.00.

Alpine's failure to deliver the vehicle or refund NOC's payment constitutes breach of contract. NOC is hereby demanding that Alpine return in full NOC's USD $371,200.00 payment for the nondelivered vehicle no later than Friday, September 11, 2020. If Alpine fails to make restitution in full, NOC will take immediate legal action to enforce its rights under the parties' contract, including filing suit against Alpine for actual damages, costs and interest, and attorney's fees, which are likely to be substantial unless this matter is immediately resolved to NOC's satisfaction.



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Have your attorney contact me immediately.

Very truly yours,

/s/ EJC

Eric J. Cassidy

Cc. Joseph D. Pizzurro  [Curtis]
   Mohannad El-Murtadi [Curtis]